# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| TRAH DAVIS AND VERNITA MCKIRE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   14 CV 723 |
| CITY OF HARVEY ET AL. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To: Chief Leonard Chiaro, South Suburban College Police Department, 15800 S. State Street, South Holland, IL 60473-1200

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, IL 60062 | Date and Time: 02/16/2015 1:00 pm |
|---|---|

The deposition will be recorded by this method:  Official Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  01/16/2015

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _Illegible signature_ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  City of Harvey, Officer Ryan Matthews, Officer Steven Kelley , who issues or requests this subpoena, are:
O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, IL 60062.
Phone: 847/291-0200; Email: bradia@okgc.com

Civil Action No. 14 CV 723

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because _____ ; or

☑ Other *(specify):* I served the subpoena via Certified Mail, Return Receipt Requested.


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00 .

My fees are $ 40.00 for travel and $ 52.00 for services, for a total of $ 92.00 .


I declare under penalty of perjury that this information is true.

Date: 01/16/2015 _____

*Server's signature*

Bhairav Radia, Attorney

*Printed name and title*

O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IIL 60062

_____

*Server's address*

Additional information regarding attempted service, etc:

Witness fees will be given at time of deposition.

## Elizabeth Collins

| | |
|---|---|
| **From:** | Kathy Fulks [kfulks@okgc.com] |
| **Sent:** | Friday, February 13, 2015 11:16 AM |
| **To:** | ecollins@okgc.com |
| **Subject:** | Check please |
| **Attachments:** | vcard contact-CA053A441AFCB579.vcf |

I need a check for $92.00 for witness fees. Harvey/Davis/McKire.

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230
kfulks@okgc.com
www.okgc.com

## Elizabeth Collins

| | |
|---|---|
| **Full Name:** | Leonard Chiaro |
| **Last Name:** | Chiaro |
| **First Name:** | Chief Leonard |
| **Company:** | South Suburban College Police Department |
| **Business Address:** | 15800 S. State Street |
| | South Holland, IL 60473-1200 |

## O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT

46774

Leonard Chiaro                                                                       2/13/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/13/2015 | Bill | | 92.00 | 92.00 | | 92.00 |
| | | | | | Check Amount | 92.00 |

TM
EC

Checking Account          Harvey/Davis/McKire                                        92.00

PRODUCT SSLT103    USE WITH 91663 ENVELOPE

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| TRAH DAVIS AND VERNITA MCKIRE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  14 CV 723 |
| CITY OF HARVEY ET AL. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:  Tammy Johnson, 5530 Hyles Ave., Apt. 1, Hammond, IN 46320

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Iseminger & Associates Court Reporters<br>5246 Hohman Avenue<br>Hammond, IN  46320 | Date and Time:<br><br>07/28/2015 12:00 pm |
|---|---|

The deposition will be recorded by this method:   Official Court Reporter

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   07/08/2015

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   City of Harvey, Officer Ryan Matthews, Officer Steven Kelley   , who issues or requests this subpoena, are:

Bhairav Radia, O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, IL 60062. Phone: 847/291-0200; Email: bradia@okgc.com

Civil Action No. 14 CV 723

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☑ Other *(specify):* I served the subpoena via U.S. Mail.


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ 0.00 _____ .

My fees are $ _____ 40.00 _____ for travel and $ _____ 1.15 _____ for services, for a total of $ _____ 41.15 _____ .


I declare under penalty of perjury that this information is true.

Date: _____ 07/08/2015 _____                      _____

                                                                 *Server's signature*

                                                            Bhairav Radla, Attorney
                                                         _____
                                                              *Printed name and title*
                                                    O'Halloran Kosoff Geitner & Cook, LLC
                                                          650 Dundee Road, Suite 475
                                                             Northbrook, IIL 60062

                                                         _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

Witness fees will be given at time of deposition.

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

47458

Tammy Johnson                                                    7/8/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/8/2015 | Bill | | 41.15 | 41.15 | | 41.15 |
| | | | | | Check Amount | 41.15 |

*LJ*
*TM*

Checking Account        Harvey/Davis/McKire                                41.15

PRODUCT SSLT193    USE WITH 91883 ENVELOPE

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| TRAH DAVIS AND VERNITA MCKIRE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14 CV 723 |
| CITY OF HARVEY ET AL. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To: Tanika Jenkins, 3222 W. Maypole, Apt. 301, Chicago, IL 60624

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Law Office of Gregory T. Mitchell, P.C., 18141 Dixie Highway, Suite 100, Homewood, IL 60430 | Date and Time: 01/06/2016 1:00 pm |
|---|---|

The deposition will be recorded by this method: __Official Court Reporter__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __12/14/2015__

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     City of Harvey, Officer Ryan Matthews, Officer Steven Kelley _____ , who issues or requests this subpoena, are:

O'Halloran Kosoff Geltner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, IL 60062.
Phone: 847/291-0200; Email: bradia@okgc.com

Civil Action No.   14 CV 723

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☑ Other *(specify):*  I served the subpoena via U.S. Mail to:  Tanika Jenkins, 3222 W. Maypole, Apt. 301,
Chicago, IL 60624

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____0.00_____ .

My fees are $ ____40.00____ for travel and $ ____31.36____ for services, for a total of $ ____71.36____ .

I declare under penalty of perjury that this information is true.

Date:   12/14/2015          _____

*Server's signature*

Bhairav Radia, Attorney
*Printed name and title*
O'Halloran Kosoff Geltner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL  60062

*Server's address*

Additional information regarding attempted service, etc:
Witness fees will be given at time of deposition.

**Lisa Judy**

| | |
|---|---|
| **From:** | Kathy Fulks [kfulks@okgc.com] |
| **Sent:** | Wednesday, January 20, 2016 3:19 PM |
| **To:** | 'Lisa Judy' |
| **Subject:** | Check Please |
| **Attachments:** | vcard contact-C72D7A4417879253.vcf |

Hi Lisa,

I need a check for $71.36 for deposition fees. I can't remember if her last check came back because she didn't pick it up at the post office (#47939). If not, it needs to be canceled. This is for Harvey/Davis/McKire.

Thanks,

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230
kfulks@okgc.com
www.okgc.com

---

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**                                48395

Tanika Jenkins                                                                 1/29/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/29/2016 | Bill | | 71.36 | 71.36 | | 71.36 |
| | | | | | Check Amount | 71.36 |

Checking Account          Harvey/Davis/McKire                                          71.36

PRODUCT SSLT103    USE WITH 91663 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| TRAH DAVIS AND VERNITA MCKIRE | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF HARVEY ET AL. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   14 CV 723

(If the action is pending in another district, state where:

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:  Katilyn Schmidt, 3200 Oak Run Drive, Wimberley, TX 78676

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Ken Owen & Associates, 801 West Avenue Austin, Texas 78701 | Date and Time: 06/02/2016 4:15 pm |
|---|---|

The deposition will be recorded by this method:   Official Court Reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   06/01/2016

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     City of Harvey,
Officer Ryan Matthews, Officer Steven Kelley     , who issues or requests this subpoena, are:
O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, IL 60062.
Phone: 847/291-0200; Email: bradia@okgc.com

Civil Action No.  14 CV 723

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☑ Other *(specify):*  I served the subpoena via Certified Mail, Return Receipt Requested and email
(llonflanker7@gmail.com) Katilyn Schmidt, 3200 Oak Run Drive, Wimberley, TX 78676
.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____40.00_____ for travel and $ _____5.00_____ for services, for a total of $ _____45.00_____ .

I declare under penalty of perjury that this information is true.

Date: ____06/01/2016____        _____
                                                    *Server's signature*

                                                    Bhairav Radia, Attorney
                                        _____
                                                    *Printed name and title*
                                        O'Halloran Kosoff Geitner & Cook, LLC
                                              650 Dundee Road, Suite 475
                                                  Northbrook, IIL  60062

                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Witness fees will be given at time of deposition.

Lisa Judy

**From:** Kathy Fulks [kfulks@okgc.com]
**Sent:** Friday, June 03, 2016 8:44 AM
**To:** ljudy@okgc.com
**Subject:** CHECK PLEASE
**Attachments:** vcard contact-CB1A7A62A3F2C480.vcf

Hi Lisa,

I need a check for $45.00 for witness fees.  We previously sent a check for her but she is no longer in the area and we need to send her another one.  Bhairav took all my documents off my desk so I don't have the check number.  That one needs to be canceled.

thanks.

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL  60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230

Lisa Judy

| | |
|---|---|
| **Full Name:** | Katilyn Schmidt |
| **Last Name:** | Schmidt |
| **First Name:** | Katilyn |
| **Business Address:** | 3200 Oak Run Drive |
| | Wimberley, TX  78676 |

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**                48978

Katilyn Schmidt                                        6/3/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/3/2016 | Bill | | 45.00 | 45.00 | | 45.00 |
| | | | | | Check Amount | 45.00 |

Checking Account          Harvey/Davis/McKire                                45.00

PRODUCT SSLT103      USE WITH 91863 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Trah Davis and Vernita McKire | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14 CV 723 |
| City of Harvey et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Chief Leonard Chiaro, South Suburban College Police Department, 15800 S. State Street, South Holland, IL 60473-1200

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable Judge Sara Ellis - U.S. District Courthouse 219 S. Dearborn Street Chicago, IL 60604 | Courtroom No.: 1403 |
|---|---|
| | Date and Time: 06/07/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/11/2016

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *[signature]* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* City of Harvey, Officer Ryan Matthews, Officer Steven Kelley , who issues or requests this subpoena, are:

Bhairav Radia, O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, Illinois 60062; Email: bradia@okgc.com; Phone: 847-291-0200

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 14 CV 723

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Certified Mail - Return

Receipt Requested, Chief Leonard Chiaro, South Suburban College Police Department, 15800 S. State Street,

South Holland, IL 60473-1200        on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $      40.00      for travel and $      5.00      for services, for a total of $      45.00      .

I declare under penalty of perjury that this information is true.

Date:      05/11/2016                          _____
                                                              *Server's signature*

                                                              Bhairav Radia
                                              _____
                                                              *Printed name and title*
                                              O'Halloran Kosoff Geitner & Cook, LLC
                                                     650 Dundee Road, Suite 475
                                                     Northbrook, Illinois 60062

                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc.:

**Lisa Judy**

| | |
|---|---|
| **From:** | Kathy Fulks [kfulks@okgc.com] |
| **Sent:** | Tuesday, May 10, 2016 4:17 PM |
| **To:** | ljudy@okgc.com |
| **Subject:** | check please |
| **Attachments:** | vcard contact-CA053A441AFCB579.vcf |

I need a check for $45.00 for witness fees for Harvey/Davis/McKire

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230
kfulks@okgc.com
www.okgc.com

**Lisa Judy**

| | |
|---|---|
| **Full Name:** | Leonard Chiaro |
| **Last Name:** | Chiaro |
| **First Name:** | Chief Leonard |
| **Company:** | South Suburban College Police Department |
| | |
| **Business Address:** | 15800 S. State Street |
| | South Holland, IL 60473-1200 |

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**      48854

Leonard Chiaro                                  5/11/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/11/2016 | Bill | | 45.00 | 45.00 | | 45.00 |
| | | | | | Check Amount | 45.00 |

Checking Account      Harvey/Davis/McKire                                 45.00

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | | |
|---|---|---|
| Trah Davis and Vernita McKire | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14 CV 723 |
| City of Harvey et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Officer LaTonya Thomas, Harvey Police Department, 15301 Dixie Highway, Harvey, IL 60426

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable Judge Sara Ellis - U.S. District Courthouse 219 S. Dearborn Street Chicago, IL 60604 | Courtroom No.: 1403 |
|---|---|
| | Date and Time: 06/08/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/11/2016

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* City of Harvey, Officer Ryan Matthews, Officer Steven Kelley , who issues or requests this subpoena, are:

Bhairav Radia, O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, Illinois 60062; Email: bradia@okgc.com; Phone: 847-291-0200

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 14 CV 723

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Certified Mail - Return

Receipt Requested, Officer LaTonya Thomas, Harvey Police Department, 15301 Dixie Highway, Harvey, IL

60426 _____     on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ ____40.00____ for travel and $ ____5.00____ for services, for a total of $ ____45.00____ .

I declare under penalty of perjury that this information is true.

Date: ____05/11/2016____

_____
*Server's signature*

Bhairav Radia
_____
*Printed name and title*

O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
_____
*Server's address*

Additional information regarding attempted service, etc.:

**Lisa Judy**

---

| | |
|---|---|
| From: | Kathy Fulks [kfulks@okgc.com] |
| Sent: | Tuesday, May 10, 2016 4:20 PM |
| To: | ljudy@okgc.com |
| Subject: | check please |
| Attachments: | vcard contact-C6D6EA43B5AE8137.vcf |

I need a check for $45.00 for witness fees for Harvey/Davis/McKire

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230
kfulks@okgc.com
www.okgc.com

---

**Lisa Judy**

---

| | |
|---|---|
| Full Name: | LaTonya Thomas |
| Last Name: | Thomas |
| First Name: | LaTonya |
| Company: | Harvey Police Department |
| Business Address: | 15301 Dixie Highway |
| | Harvey, IL 60426 |

---

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

48853

LaTonya Thomas

| Date | Type | Reference | Original Amt. | Balance Due | 5/11/2016 Discount | Payment |
|---|---|---|---|---|---|---|
| 5/11/2016 | Bill | | 45.00 | 45.00 | | 45.00 |
| | | | | | Check Amount | 45.00 |

Checking Account          Harvey/Davis/McKire                                        45.00

PRODUCT SSLT103     USE WITH 91663 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

AD346B CHIKDK04 12/31/2014 15:26 -700-

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

| | | |
|---|---|---|
| Trah Davis and Vernita McKire | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14 CV 723 |
| City of Harvey et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Mark D.Stossel, M.D., Ingalls Memorial Hospital, 1 Ingalls Drive, Harvey, IL 60426

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable Judge Sara Ellis - U.S. District Courthouse 219 S. Dearborn Street Chicago, IL 60604 | Courtroom No.: 1403 |
|---|---|
| | Date and Time: 06/07/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/11/2016

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* City of Harvey, Officer Ryan Matthews, Officer Steven Kelley , who issues or requests this subpoena, are:

Julie M. Koerner, O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, Illinois 60062; Email: jkoerner@okgc.com; Phone: 847-291-0200

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 14 CV 723

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Certified Mail - Return
Receipt Requested Mark D.Stossel, M.D., Ingalls Memorial Hospital, 1 Ingalls Drive, Harvey, IL 60426

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $     40.00    for travel and $    5.00    for services, for a total of $    45.00    .

I declare under penalty of perjury that this information is true.

Date: _____ 05/11/2016 _____      _____

                                     *Server's signature*

                                  Julie M. Koerner

                                  *Printed name and title*
           O'Halloran Kosoff Geitner & Cook, LLC
                650 Dundee Road, Suite 475
                  Northbrook, Illinois 60062

                                    *Server's address*

Additional information regarding attempted service, etc.:

**Lisa Judy**

| | |
|---|---|
| **From:** | Kathy Fulks [kfulks@okgc.com] |
| **Sent:** | Wednesday, May 11, 2016 8:49 AM |
| **To:** | ljudy@okgc.com |
| **Subject:** | check please |
| **Attachments:** | vcard contact-C3C38A61E066E264.vcf |

I need a check for $45.00 for witness fees.  Harvey/Davis/McKire.

Thanks

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL  60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230
kfulks@okgc.com
www.okgc.com

**Lisa Judy**

| | |
|---|---|
| **Full Name:** | Mark D. Stossel, M.D. |
| **Last Name:** | Stossel |
| **First Name:** | Mark |
| **Company:** | Ingalls Memorial Hospital |
| **Business Address:** | 1 Ingalls Drive |
| | Harvey, IL  60426 |

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**                48855

Mark D. Stossel, M.D.                                                          5/11/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/11/2016 | Bill | | 45.00 | 45.00 | | 45.00 |
| | | | | | Check Amount | 45.00 |

Checking Account        Harvey/Davis/McKire                                    45.00

PRODUCT SSLT103    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Trah Davis and Vernita McKire | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   14 CV 723 |
| City of Harvey et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Officer Dominique Randle, Harvey Police Department, 15301 Dixie Highway, Harvey, IL 60426

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable Judge Sara Ellis - U.S. District Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Courtroom No.:  1403 |
|---|---|
| | Date and Time: 06/07/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   05/11/2016

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | *[signature]* |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   City of Harvey,

Officer Ryan Matthews, Officer Steven Kelley   , who issues or requests this subpoena, are:

Bhairav Radia, O'Halloran Kosoff Geitner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, Illinois 60062; Email: bradia@okgc.com; Phone: 847-291-0200

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 14 CV 723

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Certified Mail - Return Receipt Requested, Officer Dominique Randle, Harvey Police Department, 15301 Dixie Highway, Harvey, IL 60426 _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____40.00_____ for travel and $ _____2.50_____ for services, for a total of $ _____42.50_____ .

I declare under penalty of perjury that this information is true.

Date: _____05/11/2016_____

_____
*Server's signature*

Bhairav Radia
_____
*Printed name and title*
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Lisa Judy

| | |
|---|---|
| **From:** | Kathy Fulks [kfulks@okgc.com] |
| **Sent:** | Tuesday, May 10, 2016 4:18 PM |
| **To:** | ljudy@okgc.com |
| **Subject:** | check please |
| **Attachments:** | vcard contact-C03C5A3A1AF43541.vcf |

I need a check for $42.50 for witness fees for Harvey/Davis/McKire

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062
T: (847) 291-0200 ext. 11
F: (847) 291-9230
kfulks@okgc.com
www.okgc.com

## Lisa Judy

| | |
|---|---|
| **Full Name:** | Officer Dominique Randle |
| **Last Name:** | Randle |
| **First Name:** | Officer Dominique |
| **Company:** | Harvey Police Department |
| **Business Address:** | 15301 Dixie Highway<br>Harvey, IL 60426 |
| **Business:** | 708/210-5200 |

## O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT

48856

Officer Dominique Randle          5/11/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/11/2016 | Bill | | 42.50 | 42.50 | | 42.50 |
| | | | | | Check Amount | 42.50 |

Checking Account      Harvey/Davis/McKire              42.50

# UNITED STATES DISTRICT COURT
### for the
Northern District of Illinois

| | | |
|---|---|---|
| Trah Davis and Vernita McKire | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14 CV 723 |
| City of Harvey et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Tanika Jenkins, c/o Zelma Steverson, 1406 W. 110th Street, Chicago, IL 60643

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable Judge Sara Ellis - U.S. District Courthouse 219 S. Dearborn Street Chicago, IL 60604 | Courtroom No.: 1403 |
|---|---|
| | Date and Time: 06/06/2016 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/24/2016

| | | |
|---|---|---|
| *CLERK OF COURT* | | |
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* City of Harvey, Officer Ryan Matthews, Officer Steven Kelley , who issues or requests this subpoena, are:

Bhairav Radia, O'Halloran Kosoff Geltner & Cook, LLC, 650 Dundee Road, Suite 475, Northbrook, Illinois 60062; Email: bradia@okgc.com; Phone: 847-291-0200

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 14 CV 723

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Certified Mail - Return
Receipt Requested and U.S. Mail, Tanika Jenkins, c/o Zelma Steverson, 1406 W. 110th Street, Chicago, IL
60643 _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ 40.00 for travel and $ 2.00 for services, for a total of $ 42.00 .

I declare under penalty of perjury that this information is true.

Date: 05/24/2016

_____
*Server's signature*

Bhairav Radia
_____
*Printed name and title*
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062

_____
*Server's address*

Additional information regarding attempted service, etc.:

**Lisa Judy**

From:         Kathy Fulks [kfulks@okgc.com]
Sent:         Tuesday, May 24, 2016 12:22 PM
To:           ljudy@okgc.com
Subject:      check please
Attachments:  vcard contact-C72D7A4417879253.vcf

I need a replacement check for her.  #48857 needs to be canceled or just wait until I get it back as she has moved.  But I need to get this subpoena to her ASAP for trial next week.  I need a new check for 42.00.  Harvey/Davis/McKire.

If you have any questions and I'm at lunch Bhairav can answer.

Thanks.

Kathy Fulks
Legal Assistant
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL  60062

**Lisa Judy**

| Full Name:  | Tanika Jenkins |
|---|---|
| Last Name:  | Jenkins |
| First Name: | Tanika |
| Job Title:  | c/o Zelma Steverson |

| Business Address: | 1406 W. 110th Street |
|---|---|
| | Chicago, IL  60643 |

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**          48918

Tanika Jenkins                                             5/24/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/24/2016 | Bill | | 42.00 | 42.00 | | 42.00 |
| | | | | | Check Amount | 42.00 |

Checking Account        Harvey/Davis/McKire                                    42.00

## WADLINGTON REPORTING SERVICE, INC.

221 North LaSalle Street, Suite 1950
Chicago, Illinois 60601
(312) 372-5561
(312) 704-4526 - FAX

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/30/2014 | 6232 |

**BILL TO**

Mr. Bhairav Radia
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062

| DESCRIPTION | HOURS/PAGES | AMOUNT |
|-------------|-------------|--------|
| Trah Davis and Vernita McKire vs. Officer Kelley, Star 973, et al., No. 14 CV 723 | | |
| Deposition of Dominique Randle-El, taken on 10/16/14 | | |
| Reporter: Spicer | | |
| Transcript Copy | 73 | 219.00 |
| Word Index | | 15.00 |

Tax ID # 36-3842480

| **Total** | $234.00 |
|-----------|---------|

Payment due upon receipt. $25 service charge will be assessed for each month this bill remains unpaid after 45 days. Please reference invoice number. Thank you.

Now accepting Mastercard, Visa & Discover

Wadlington Reporting Serivce, Inc.                                          12/8/2014

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 11/2/2014 | Bill | 6232 | 234.00 | 234.00 | | 234.00 |
| 12/8/2014 | Bill | 6272 | 833.50 | 833.50 | | 833.50 |
| | | | | | Check Amount | 1,067.50 |

Checking Account                                                          1,067.50

PRODUCT SSLT103    USE WITH 91663 ENVELOPE

# WADLINGTON REPORTING SERVICE, INC.

221 North LaSalle Street, Suite 1950
Chicago, Illinois 60601
(312) 372-5561
(312) 704-4526 - FAX

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/6/2014 | 6272 |

**BILL TO**

Mr. Bhairav Radia
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062

| DESCRIPTION | HOURS/PAGES | AMOUNT |
|-------------|-------------|--------|
| Trah Davis and Vernita McKire vs. Officer Kelley, Star 973, et al., No. 14 CV 723 | | |
| Deposition of Steven Kelley, taken on 10/30/14 | | |
| Reporter: Spicer | | |
| Transcript Copy - Electronic Transcript | 143 | 429.00 |
| Exhibits | 15 | 3.75 |
| Word Index | | 15.00 |
| Deposition of Ryan Matthews, taken on 10/14/14 | | |
| Transcript Copy - Electronic Transcript | 123 | 369.00 |
| Exhibits | 7 | 1.75 |
| Word Index | | 15.00 |

Tax ID # 36-3842480

| **Total** | | $833.50 |
|-----------|--|---------|

Payment due upon receipt. $25 service charge will be assessed for each month this bill remains unpaid after 45 days. Please reference invoice number. Thank you.

Now accepting Mastercard, Visa & Discover

Wadlington Reporting Serivce, Inc.                                    12/8/2014

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 11/2/2014 | Bill | 6232 | 234.00 | 234.00 | | 234.00 |
| 12/8/2014 | Bill | 6272 | 833.50 | 833.50 | | 833.50 |
| | | | | | Check Amount | 1,067.50 |

Checking Account                                                       1,067.50

PRODUCT SSLT103    USE WITH 91663 ENVELOPE

 **ESQUIRE**

Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

BHAIRAV RADIA ,ESQ.
O'HALLORAN KOSOFF GEITNER & COOK, LLC
FOURTH FLOOR
650 DUNDEE ROAD
NORTHBROOK, IL 60062

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ239360

| | |
|---|---|
| Invoice Date | 01/09/2015 |
| Terms | NET 30 |
| Payment Due | 02/08/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/23/2014 | DAVIS AND MCKIRE vs. OFFICER KELLY, STAR 9 | 258057 | 01/02/2015 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 12/23/2014, VERNITA MCKIRE (NORTHBROOK, IL) | |
|     ORIGINAL TRANSCRIPT/WORD INDEX (191 Pages) | $ 687.60 |
|     EXHIBITS | $ 0.50 |
|     APPEARANCE FEE HOURLY (3.50 Hours) | $ 192.50 |
|     HANDLING FEE | $ 30.00 |
| | $ 910.60 |
| | |
| 10% DISCOUNT | $ -88.01 |
| | $ -88.01 |

MATTER NUMBER: N/A
ETRANS

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/23/2015** | **$ 822.59** |
| Amount Due After 02/23/2015 | $ 904.85 |

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

46934

Esquire Deposition Services, Inc.           3/24/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/12/2015 | Bill | 231936 | 449.29 | 449.29 | | 449.29 |
| 1/12/2015 | Bill | 230149 | 450.77 | 450.77 | | 450.77 |
| 1/19/2015 | Bill | 239388 | 850.10 | 850.10 | | 850.10 |
| 1/19/2015 | Bill | 239360 | 822.59 | 822.59 | | 822.59 |
| 1/19/2015 | Bill | 238686 | 564.18 | 564.18 | | 564.18 |
| 1/19/2015 | Bill | 236477 | 297.41 | 297.41 | | 297.41 |
| 1/20/2015 | Bill | 238719 | 2,156.44 | 2,156.44 | | 2,156.44 |
| 1/22/2015 | Bill | 237637 | 1,325.56 | 1,325.56 | | 1,325.56 |
| 1/28/2015 | Bill | 242273 | 1,172.25 | 1,172.25 | | 1,172.25 |
| 1/28/2015 | Bill | 239742 | 485.90 | 485.90 | | 485.90 |
| | | | | | Check Amount | 8,574.49 |

Checking Account                                          8,574.49


**ESQUIRE**

Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number:  45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com





BHAIRAV RADIA ,ESQ.
O'HALLORAN KOSOFF  GEITNER & COOK, LLC
FOURTH FLOOR
650 DUNDEE ROAD
NORTHBROOK, IL 60062

### Invoice # ESQ267464

| | |
|---|---|
| Invoice Date | 03/04/2015 |
| Terms | NET 30 |
| Payment Due | 04/03/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/16/2015 | DAVIS, TRAH VS. KELLY | 286731 | 03/03/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 02/16/2015, LEONARD CHIARO (NORTHBROOK, IL) | |
| ORIGINAL TRANSCRIPT/WORD INDEX (125 Pages) | $ 450.00 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 55.00 |
| HANDLING FEE | $ 30.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 690.00 |
| DISCOUNT 10% | $ -92.25 |
| DELIVERY | $ 9.91 |
| | $ -82.34 |

MATTER NUMBER: N/A

| | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 0.00 |
| **Amount Due On/Before 04/18/2015** | | **$ 607.66** |
| Amount Due After 04/18/2015 | | $ 668.43 |

---

## O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT

47372

Esquire Deposition Services, Inc.                                        6/23/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 3/13/2015 | Bill | 267464 | 607.66 | 607.66 | | 607.66 |
| 3/19/2015 | Bill | 269272 | 373.70 | 373.70 | | 373.70 |
| | | | | | Check Amount | 981.36 |

Checking Account                                                      981.36

# WADLINGTON REPORTING SERVICE, INC.

221 North LaSalle Street, Suite 1950
Chicago, Illinois 60601
(312) 372-5561
(312) 704-4526 - FAX

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/16/2015 | 6359 |

BILL TO

Mr. Bhairav Radia
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062

| DESCRIPTION | HOURS/PAGES | AMOUNT |
|-------------|-------------|--------|
| Trah Davis and Vernita McKire vs. Officer Kelley, Star 973, et al., No. 14 CV 723 | | |
| | | |
| Deposition of Erika Abatzis, taken on 2/19/15 Reporter: Iaquinta | | |
| | | |
| Transcript Copy - Electronic Transcript | 63 | 189.00 |
| Word Index | | 15.00 |
| Exhibits | 7 | 1.75 |

Tax ID # 36-3842480

| | Total | $205.75 |
|--|-------|---------|

Payment due upon receipt. $25 service charge will be assessed for each month this bill remains unpaid after 45 days. Please reference invoice number. Thank you.

Now accepting Mastercard,
Visa & Discover

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

47041

Wadlington Reporting Serivce, Inc.                                      4/15/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 3/17/2015 | Bill | 6359 | 205.75 | 205.75 | | 205.75 |

Check Amount                205.75

Checking Account                                                      205.75

PRODUCT SSLT103    USE WITH 91663 ENVELOPE

# INVOICE

## Iseminger & Associates, Inc.

**Professional Court Reporters**

14 Indiana Ave., Suite A
Valparaiso, IN 46383
Phone (219) 464-2178  Fax (877) 334-1802

*Harvey / Davis / McKire*

| DATE |
|---|
| 7/31/2015 |

| Account number |
|---|
| 268-A-15 |

Bhairav Radia
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center, Fourth Floor
640 Dundee Road
Northbrook, IL  60062

**Amount Due:**   $   722.20

### *DUE UPON RECEIPT*
Now accepting VISA & MASTER CARD

**Please return the top portion with payment.**

| DESCRIPTION | |
|---|---|
| Re: | Davis, et al. v Kelley, et al. |
| Cause No: | 14 CV 723 |
| Deposition: | Tammy Johnson |
| Taken on: | 7/28/2015 |

| | | AMOUNT |
|---|---|---|
| Appearance Fee: | 3 Hours | $150.00 |
| Transcripts: | 136 Pages | $537.20 |
| Exhibits | None | |
| Obtaining of Signature | Reserved | $20.00 |
| Delivery / Postage & Handling | | $15.00 |
| Electronic Delivery | Sent 7/31/2015 | |
| Late fee - | Original bill date: 7/31/2015 | $0.00 |

**<u>All Statements past 30 days will be assessed 7% each month</u>**

| | TOTAL | $ | 722.20 |
|---|---|---|---|

*Your business is greatly appreciated.  Thank you.*

We now accept VISA and MASTERCARD -or-
make checks payable to:     **Iseminger & Associates, Inc.**

Tax Id # 35-1785526

LJ
V

LJ
TM

LJ
QB

**O'HALLORAN KOSOFF GEITNER** ̲ **OOK, LLC/OPERATING ACCOUNT**

47579

| | | Iseminger & Associates | | Original Amt. | Balance Due | 8/3/2015 Discount | Payment |
|---|---|---|---|---|---|---|---|
| Date | Type | Reference | | | | | |
| 8/3/2015 | Bill | 268-A-15 | | 722.20 | 722.20 | | 722.20 |
| | | | | | | Check Amount | 722.20 |

Checking Account    Harvey/Davis/McKire

722.20

PRODUCT SSLT103    USE WITH 91663 ENVELOPE

# WADLINGTON REPORTING SERVICE, INC.

221 North LaSalle Street, Suite 1950
Chicago, Illinois 60601
(312) 372-5561
(312) 704-4526 - FAX

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2015 | 6510 |

**BILL TO**

Mr. Bhairav Radia
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062

| DESCRIPTION | HOURS/PAGES | AMOUNT |
|-------------|-------------|--------|
| Trah Davis and Vernita McKire vs. Officer Kelley, Star 973, et al., No. 14 CV 723 | | |
| | | |
| Deposition of Lantayan Thomas, Venqua Raybon and Gia Berry, taken on 7/28/15 | | |
| | | |
| Reporter: Shavers | | |
| | | |
| Transcript Copy - Gia Berry | 74 | 222.00 |
| Exhibits | 2 | 0.50 |
| Word Index | | 15.00 |





Tax ID # 36-3842480

| Total | $237.50 |
|-------|---------|

Payment due upon receipt. $25 service charge will be assessed for each month this bill remains unpaid after 45 days. Please reference invoice number. Thank you.

Now accepting Mastercard, Visa & Discover

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

47853

Wadlington Reporting Serivce, Inc.

10/1/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 8/31/2015 | Bill | 6510 | 237.50 | 237.50 | | 237.50 |

Check Amount   237.50

Checking Account       Harvey/Davis/McKire

237.50

PRODUCT SSLT103     USE WITH 91663 ENVELOPE



**Invoice  INV0624564**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 11/9/2015 |
| Terms | Net 30 |
| Due Date | 12/9/2015 |

| | |
|---|---|
| Client Number | C07068 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
OHalloran Kosoff Geitner & Cook – Northbrook
650 Dundee Road
Northbrook IL 60062

**Services Provided For**
OHalloran Kosoff Geitner & Cook – Northbrook
Radia, Bhairav
650 Dundee Road
Northbrook IL 60062

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/21/2015 | J0216029 | Northbrook, ILLINOIS | Davis, Trah and Vernita McKire vs. Officer Kelley, Star 973, indiv... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | T'RAH DAVIS | 1 | 61.00 | 61.00 |
| 10% OFF APP FEE: FIRST HOUR | T'RAH DAVIS | | | -6.10 |
| APP FEE: ADDITIONAL HOURS | T'RAH DAVIS | 5 | 61.00 | 305.00 |
| 10% OFF APP FEE: ADDITIONAL HOURS | T'RAH DAVIS | | | -30.50 |
| TRANSCRIPT - ORIGINAL-WI | T'RAH DAVIS | 306 | 3.70 | 1,132.20 |
| 10% OFF PAGE RATE | T'RAH DAVIS | | | -113.22 |
| CONDENSED TRANSCRIPT | T'RAH DAVIS | 1 | 30.00 | 30.00 |
| DIGITAL TRANSCRIPT-PDF-LEF-PTX | T'RAH DAVIS | 1 | 95.00 | 95.00 |
| HANDLING FEE | T'RAH DAVIS | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | T'RAH DAVIS | 1 | 0.00 | 0.00 |

Harvey/Davis/McKire

LJ
TM

LJ
QB

*Representing Client: OHalloran Kosoff Geitner & Cook - Northbrook*

| | |
|---|---|
| Subtotal | 1,503.38 |
| Shipping Cost (FedEx) | 27.59 |
| Total | 1,530.97 |
| Amount Due | $1,530.97 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

48274

Esquire Deposition Services, Inc.

12/31/2015

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/2/2015 | Bill | INV0616755 | 1,115.50 | 1,115.50 | | 1,115.50 |
| 11/12/2015 | Bill | INV0622282 | 823.91 | 823.91 | | 823.91 |
| 11/17/2015 | Bill | INV0623249 | 839.37 | 839.37 | | 839.37 |
| 11/17/2015 | Bill | INV0624562 | 895.75 | 895.75 | | 895.75 |
| 11/17/2015 | Bill | INV0624564 | 1,530.97 | 1,530.97 | | 1,530.97 |
| 11/25/2015 | Bill | INV0631944 | 993.12 | 993.12 | | 993.12 |
| 11/25/2015 | Bill | INV0632157 | 408.09 | 408.09 | | 408.09 |
| | | | | | Check Amount | 6,606.71 |



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV0669811**

| | |
|---|---|
| Date | 1/14/2016 |
| Terms | Net 30 |
| Due Date | 2/13/2016 |

| | |
|---|---|
| Client Number | C07068 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
OHalloran Kosoff Geitner & Cook - Northbrook
650 Dundee Road
Northbrook IL 60062

**Services Provided For**
OHalloran Kosoff Geitner & Cook - Northbrook
Radia, Bhairav
650 Dundee Road
Northbrook IL 60062

| Job Date | Job # | Job Location | Case |
|---|---|---|---|
| 1/6/2016 | J0261585 | Homewood, ILLINOIS | Davis, Trah and Vernita McKire vs. Officer Kelley, Star 973, indiv... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| CANCELLATION | Tanika Jenkins | 1 | 170.00 | 170.00 |

*Harvey Davis/mckire*

| | |
|---|---|
| Subtotal | 170.00 |
| Shipping Cost (n/a) | 0.00 |
| Total | 170.00 |
| Amount Due | $170.00 |

*Representing Client: OHalloran Kosoff Geitner & Cook - Northbrook*



---

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

48693

Esquire Deposition Services, Inc.                    4/4/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/8/2015 | Bill | INV0638406 | 1,287.00 | 1,287.00 | | 1,287.00 |
| 12/8/2015 | Bill | INV0638405 | 3,220.33 | 3,220.33 | | 3,220.33 |
| 12/8/2015 | Bill | INV0638284 | 1,570.09 | 1,570.09 | | 1,570.09 |
| 12/8/2015 | Bill | INV0640038 | 2,323.82 | 2,323.82 | | 2,323.82 |
| 1/7/2016 | Bill | INV0657629 | 979.08 | 979.08 | | 979.08 |
| 1/14/2016 | Bill | INV0660158 | 655.53 | 655.53 | | 655.53 |
| 1/19/2016 | Bill | 0668381 | 481.85 | 481.85 | | 481.85 |
| 1/19/2016 | Bill | 0668526 | 349.64 | 349.64 | | 349.64 |
| 1/26/2016 | Bill | 0669811 | 170.00 | 170.00 | | 170.00 |
| 2/5/2016 | Bill | 0680661 | 1,053.07 | 1,053.07 | | 1,053.07 |
| | | | | | Check Amount | 12,090.41 |

Checking Account                                                                 12,090.41

# WADLINGTON REPORTING SERVICE, INC.

221 North LaSalle Street, Suite 1950
Chicago, Illinois 60601
(312) 372-5561
(312) 704-4526 - FAX

 Harvey Davis/mckire

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/20/2016 | 6598 |

**BILL TO**

Mr. Bhairav Radia
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL 60062

| DESCRIPTION | HOURS/PAGES | AMOUNT |
|-------------|-------------|--------|
| Trah Davis and Vernita McKire vs. Officer Kelley, Star 973, et al., No. 14 CV 723 | | |
| | | |
| Deposition of Brandon Bronson and Tsion Webster, taken on 10/20/15 | | |
| | | |
| Reporter: Shavers | | |
| | | |
| Transcript Copy | 135 | 405.00 |
| Transcript Copy | 47 | 141.00 |
| Word Index | 2 | 30.00 |
| Exhibits | 7 | 2.45 |

| | **Total** | $578.45 |
|---|---|---|

Payment due upon receipt. $25 service charge will be
assessed for each month this bill remains unpaid after 45
days. Please reference invoice number. Thank you.

Now accepting Mastercard,
Visa & Discover

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

48689

Wadlington Reporting Serivce, Inc.

4/4/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 1/21/2016 | Bill | 6598 | 578.45 | 578.45 | | 578.45 |
| | | | | | Check Amount | 578.45 |

Checking Account        Harvey/Davis/McKire

578.45

PRODUCT SSLT103     USE WITH 91663 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

AD346B CHIKDKO4 12/31/2014 15:26 -536-



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV0698692**

| | | | |
|---|---|---|---|
| Date | 2/23/2016 | Client Number | C07068 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 3/24/2016 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client Claim/Matter # | |
| | | Date of Loss | |

**Bill To**

OHalloran Kosoff Geitner & Cook - Northbrook
650 Dundee Road
Northbrook IL 60062

**Services Provided For**

OHalloran Kosoff Geitner & Cook - Northbrook
Radia, Bhairav
650 Dundee Road
Northbrook IL 60062

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/28/2016 | J0282860 | Homewood, ILLINOIS | DAVIS, ET AL VS CITY OF HARVEY |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - ORIGINAL-WI | TANIKA JENKINS | 123 | 3.70 | 455.10 |
| 10% OFF STANDARD PAGE RATE | TANIKA JENKINS | | | -45.51 |
| APP FEE: FIRST HOUR | TANIKA JENKINS | 1 | 61.00 | 61.00 |
| 10% OFF APP FEE: FIRST HOUR | TANIKA JENKINS | | | -6.10 |
| APP FEE: ADDITIONAL HOURS | TANIKA JENKINS | 1 | 61.00 | 61.00 |
| 10% OFF APP FEE: ADDITIONAL HOURS | TANIKA JENKINS | | | -6.10 |
| CONDENSED TRANSCRIPT | TANIKA JENKINS | 1 | 0.00 | 0.00 |
| HANDLING FEE | TANIKA JENKINS | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN LETTER | TANIKA JENKINS | 1 | 0.00 | 0.00 |

*Representing Client: OHalloran Kosoff Geitner & Cook - Northbrook*

| | |
|---|---|
| Subtotal | 549.39 |
| Shipping Cost (FedEx) | 27.59 |
| Total | 576.98 |
| Amount Due | $576.98 |

## O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT

48893

Esquire Deposition Services, Inc.                    5/18/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/29/2016 | Bill | 0698692 | 576.98 | 576.98 | | 576.98 |
| 3/7/2016 | Bill | 0701239 | 313.03 | 313.03 | | 313.03 |
| 3/7/2016 | Bill | 0702610 | 170.00 | 170.00 | | 170.00 |
| | | | | | Check Amount | 1,060.01 |

Checking Account                                    1,060.01

# WADLINGTON REPORTING SERVICE, INC.

221 North LaSalle Street, Suite 1950
Chicago, Illinois 60601
(312) 372-5561
(312) 704-4526 - FAX

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2016 | 6691 |

**BILL TO**

O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road, Fourth Floor
Northbrook, IL  60062

| DESCRIPTION | HOURS/PAGES | AMOUNT |
|---|---|---|
| Trah Davis and Vernita McKire vs. Officer Kelley, Star 973, et al., No. 14 CV 723 | | |
| | | |
| Deposition of Lantayan Thomas, taken on 7/24/15 | | |
| | | |
| Attorney:  Bhairav Radia | | |
| | | |
| Reporter:  Shavers | | |
| | | |
| Transcript Original - Accelerated | 93 | 488.25 |
| Word Index | | 15.00 |
| Exhibits | 4 | 1.00 |

| | **Total** | $504.25 |
|---|---|---|

Payment due upon receipt.  $25 service charge will be assessed for each month this bill remains unpaid after 45 days.  Please reference invoice number.  Thank you.

Now accepting Mastercard, Visa & Discover

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

49084

Wadlington Reporting Serivce, Inc.

6/23/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/2/2016 | Bill | 6691 | 504.25 | 504.25 | | 504.25 |
| | | | | | Check Amount | 504.25 |

Checking Account          Harvey/Davis/McKire                                    504.25

PRODUCT SSLT103      USE WITH 91663 ENVELOPE          Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

A0346B  CHIKDK04  12/31/2014 15:26  -931-



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

## *Invoice* **INV0772356**

| | | | |
|---|---|---|---|
| Date | 6/6/2016 | Client Number | C07068 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 7/6/2016 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client Claim/Matter # | |
| | | Date of Loss | |

**Bill To**
OHalloran Kosoff Geitner & Cook - Northbrook
650 Dundee Road
Northbrook IL 60062

**Services Provided For**
OHalloran Kosoff Geitner & Cook - Northbrook
Bhairav Radia
650 Dundee Road
Suite 475
Northbrook IL 60062

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/2/2016 | J0372366 | Austin, TEXAS | Davis, Trah and Vernita McKire vs. Officer Kelley, Star 973, indiv... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI-TELE | Katelyn Schmidt | 88 | 5.30 | 466.40 |
| NEXT DAY EXPEDITE | Katelyn Schmidt | | | 466.40 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Katelyn Schmidt | 1 | 60.00 | 60.00 |
| EXHIBITS W/TABS | Katelyn Schmidt | 2 | 0.50 | 1.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Katelyn Schmidt | 1 | 35.00 | 35.00 |
| CONDENSED TRANSCRIPT | Katelyn Schmidt | 1 | 16.00 | 16.00 |
| HANDLING FEE | Katelyn Schmidt | 1 | 45.00 | 45.00 |

*Representing Client: OHalloran Kosoff Geitner & Cook - Northbrook*

| | |
|---|---|
| Subtotal | 1,089.80 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,125.30 |
| Amount Due | $1,125.30 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | OHalloran Kosoff Geitner & Cook |
| Client # | C07068 |
| Invoice # | INV0772356 |
| Invoice Date | 6/6/2016 |
| Due Date | 7/6/2016 |
| Amount Due | $ 1,125.30 |

**O'HALLORAN KOSOFF GEITNER & COOK, LLC/OPERATING ACCOUNT**

49077

Esquire Deposition Services, Inc.

6/23/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/14/2016 | Bill | 0772356 | 1,125.30 | 1,125.30 | | 1,125.30 |

Check Amount 1,125.30

Checking Account     Harvey/Davis/McKire

1,125.30

PRODUCT SSLT103     USE WITH 91653 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

AD346B CHIKDK04 12/31/2014 15:26 -924-